ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 286-6619

Attorneys for Plaintiffs
Julian Briseno & David Salvador Velazquez

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| JULIAN BRISENO AND DAVID SALVADOR VELAZQUEZ, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br>vs.<br><br>SARATOGA PIZZA CORPORATION, EDWARD RATHMANN, MIGUEL ROMERO, and GLENN THOMPSON dba WILLOW STREET WOOD FIRED PIZZA, and DOES 1 TO 10<br><br>Defendants | Case No.: C08-00873 JW<br><br>JURY DEMAND |

Plaintiffs demand a trial by jury for causes of action alleged in their Complaint.

Dated: February 7, 2008            By: __/s/ ADAM WANG__ .
                                        Attorney for Plaintiffs

1                Case No.

**JURY DEMAND**
Briseno, et al vs. Saratoga Pizza Corporation, et al