RICHARD S. FALCONE, Bar No. 95265
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
*rsf@paynefears.com*

GLENN E. THOMPSON, Bar No. 63001
LAW OFFICES OF GLENN E. THOMPSON
28 Longfellow Road
Mill Valley, CA  94941
Telephone: (415) 383-4536
Facsimile: (415) 383-3291
*glenn94941@yahoo.com*

Attorneys for Defendants
SARATOGA PIZZA CORPORATION, EDWARD
RATHMANN, MIGUEL ROMERO AND GLENN
THOMPSON dba WILLOW STREET WOOD FIRED
PIZZA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JULIAN BRISENO AND DAVID SALVADOR VELAZQUEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>SARATOGA PIZZA CORPORATION, EDWARD RATHMANN, MIGUEL ROMERO, and GLENN THOMPSON dba WILLOW STREET WOOD FIRED PIZZA,<br><br>    Defendants. | CASE NO. C08 00873 JW HRL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**(CIVIL L.C. RULE 3-16)**<br><br><u>CLASS ACTION</u><br><br>Courtroom:   8, 4th Floor<br>Judge:        James Ware |

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for Defendants SARATOGA PIZZA CORPORATION, EDWARD RATHMANN, MIGUEL ROMERO AND GLENN THOMPSON dba WILLOW STREET WOOD FIRED PIZZA, certifies that as of this date, other

than the named parties, there is no such interest to report.

DATED: March 24, 2008          PAYNE & FEARS LLP

By: _____
    RICHARD S. FALCONE

Attorneys for Defendants
SARATOGA PIZZA CORPORATION, EDWARD
RATHMANN, MIGUEL ROMERO AND GLENN
THOMPSON dba WILLOW STREET WOOD
FIRED PIZZA

390460.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS          Case No. C08 00873 JW HRL