UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Julian Briseno and David Salvador Velazquez

     Plaintiff(s),

v.

Saratoga Pizza Corporation, et al.

     Defendant(s).
_____/

CASE NO. C08 00873 JW HRL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

  ☐ have not yet reached an agreement to an ADR process
  ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 30, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Richard S. Falcone | Defendants | (415) 277-2802 | rsf@paynefears.com |
| Adam Wang | Plaintiffs | (408) 421-3403 | waqw@sbcglobal.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                  _____
                  Attorney for Plaintiff

Dated: 6/4/08

                  _____
                  Attorney for Defendant

Rev 12.05