IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Julian Briseno, et al., | NO. C 08-00873 JW |
|       Plaintiffs, | **JUDGMENT** |
|   v. | |
| Saratoga Pizza Corporation, et al., | |
|       Defendants. | |

    Pursuant to the Court's June 5, 2009 Order Granting Defendants' Motion to Dismiss Plaintiffs' Complaint for Failure to Prosecute, judgment is entered in favor of Defendants Saratoga Pizza Corporation, Edward Rathmann, Miguel Romero and Glenn Thompson, against Plaintiffs Julian Briseno and Salvador Velazquez.

    Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: June 5, 2009

                                               JAMES WARE
                                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang adamqwang@gmail.com
Richard S. Falcone rsf@paynefears.com

**Dated: June 5, 2009**               **Richard W. Wieking, Clerk**

                                              **By:   /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California